UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:16-cr-00061-ALM-CAN-11 |
| Plaintiff, | ) | |
| v. | ) | |
| OBAID JABBAR | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Johnny Sutton, and hereby enters his appearance as counsel on behalf of Defendant Obaid Jabbar.

Respectfully submitted,

ASHCROFT SUTTON REYES, LLC

*s/Johnny Sutton*\_\_\_\_
Johnny Sutton
jsutton@ashcroftlawfirm.com
Texas Bar No. 19534250
Ashcroft Sutton Reyes, LLC
919 Congress Ave., Ste. 1500
Austin, TX 78701
Phone: (512) 370-1800
Facsimile: (512) 397-3290

ATTORNEY FOR DEFENDANT
OBAID JABBAR

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 17, 2016, I caused the foregoing notice to be electronically filed via the Court's CM/ECF system, which will effectuate service on all counsel of record who are properly registered for CM/ECF service.

*s/Johnny Sutton*
Johnny Sutton

ATTORNEY FOR DEFENDANT
OBAID JABBAR