UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:16-cr-00061-ALM-CAN-11 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| OBAID JABBAR | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

COMES NOW Christopher L. Peele, and hereby enters his appearance as counsel on behalf of Defendant Obaid Jabbar.

    Respectfully submitted,

    ASHCROFT SUTTON REYES, LLC

    *s/Christopher L. Peele*
    Christopher L. Peele
    cpeele@ashcroftlawfirm.com
    Texas Bar No. 24013308
    Ashcroft Sutton REYES, LLC
    919 Congress Ave., Ste. 1500
    Austin, TX 78701
    Phone: (512) 370-1800
    Facsimile: (512) 397-3290

    ATTORNEY FOR DEFENDANT
    OBAID JABBAR

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2016, I caused the foregoing notice to be electronically filed via the Court's CM/ECF system, which will effectuate service on all counsel of record who are properly registered for CM/ECF service.

*s/Christopher L. Peele*
Christopher L. Peele

ATTORNEY FOR DEFENDANT
OBAID JABBAR