UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number  4:16CR61 |
| | § | |
| JAMES EDWARD PRICE, II (1) | § | |
| JORDON KIMBLE PRICE (2) | § | |
| TERRANCE JERMAINE MALONE (3) | § | |
| TRISTAN DEONTE MALONE (4) | § | |
| TERENCE LAMARIO LAMPKINS (5) | § | |
| LYNN CARROLL (6) | § | |
| JOSHUA DICKERSON (7) | § | |
| DAMIEN MARKELL WASHINGTON (8) | § | |
| NORA ADAM JACKSON (9) | § | |
| DANE CHRISTOPHER OHLEN (10) | § | |
| OBAID JABBAR (11) | § | |
| RUBINA TARIQ (12) | § | |

# ORDER

The Motions to Continue filed by Defendants James Price (Dkt. #117), Tristan Malone (Dkt. #100), Terence Lampkins (Dkt. #112), Damien Washington (Dkt. #101), Dane Ohlen (Dkt. #115) and Obaid Jabbar (Dkt. #116) are granted.  The Court, having considered the factors set forth in 18 U.S.C.§ 3161, finds as follows:

1. Defendants' requests are made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. The ends of justice served by granting Defendants' requests outweigh the best interests of the public and the Defendants in a speedy trial.

4. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendants' motions are GRANTED, and this case is RESET for Pretrial Conference and Trial Scheduling **AS TO ALL DEFENDANTS BEFORE THE COURT**  on October 7, 2016, at 10:00 a.m.

**SIGNED this 28th day of June, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE